[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

---

No. 00-1289

MARY C. GUINTO, MOTHER OF MICHAEL J. GUINTO,
DANIEL T. GUINTO AND JULIE A. GUINTO;
RAYMOND GUINTO, FATHER OF MICHAEL J. GUINTO,
DANIEL T. GUINTO AND JULIE A. GUINTO,

Plaintiffs, Appellants,

v.

PHILIP MORRIS, INC.,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]

---

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Boudin, Circuit Judge.

---

Mary C. Guinto and Raymond Guinto on brief pro se.
Brenda R. Sharton, Robert N. Driscoll, Douglas S. Brooks and
Goodwin, Procter & Hoar on brief for appellee.

---

September 13, 2000

---

**Per Curiam**.  We have reviewed the parties' briefs and the record on appeal.  There was neither error of law nor abuse of discretion in the district court's order denying the appellants' motion, filed pursuant to Fed. R. Civ. P. 60(b), and motion to amend.

We deny the appellee's motion for sanctions seeking an order preventing appellants from further court action based upon the same underlying facts.  Such a request is more properly addressed to the district court in the event of any future filing.

Construing appellants' "motion for argumentative statement" as a request for oral argument, it is denied.

The order of the district court, dated February 3, 2000, is affirmed.